**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Anthony Allen PHILLIPS,
Defendant–Appellant.**

**No. 01–6959.**

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 6, 2001.

Decided Sept. 14, 2001.

Anthony Allen Phillips, pro se. Lynne Ann Battaglia, Christine Manuelian, Office of the United States Attorney, Baltimore, MD, for appellee.

Before WIDENER, WILLIAMS, and TRAXLER, Circuit Judges.

PER CURIAM.

Anthony Allen Phillips seeks to appeal the district court's order denying his motion seeking relief from the judgment denying his 28 U .S.C.A. § 2255 (West Supp. 2001) motion. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Phillips,* No. CR–95–4 (D. Md. filed Apr. 30, 2001; entered May 1, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*